IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    $52,400.00 SEIZED FROM PAYPAL ACCOUNT NO. 1546113172018429148,

    Defendant.

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

The United States of America, by and through Acting United States Attorney Matthew T. Kirsch and Assistant United States Attorney Tonya S. Andrews, pursuant to Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions G(2), states:

### JURISDICTION AND VENUE

1.    The United States of America (the United States) has commenced this action pursuant to the civil forfeiture provisions of 18 U.S.C. § 981(a)(1)(C), seeking forfeiture of defendant properties based on violations of 18 U.S.C. § 641 (theft of government property), and 18 U.S.C. § 1343 (wire fraud). This Court has jurisdiction under 28 U.S.C. §§ 1345 and 1355.

2.    Venue is proper under 28 U.S.C. § 1395, as some of the acts described herein occurred, in the District of Colorado.

### DEFENDANT PROPERTY

1

3.      Defendant property is more fully described as:

   a.      $52,400.00 seized from PayPal Account Number 1546113172018429148, ("defendant $52,400.00") seized on November 30, 2020, from PayPal, Inc., 211 North First Street, San Jose, CA 95131. The account was in the name of Rayven Graham. Defendant $52,400.00 is currently being held by the United States Secret Service Asset Forfeiture Branch in Washington, D.C.

## FACTUAL BASIS FOR FORFEITURE

4.      Except as otherwise noted, all of the following facts and information have been discovered through my own investigation, and the observations and investigations of fellow law enforcement officers as reported to me.

## BACKGROUND INFORMATION

5.      In June 2020, the United States Secret Service (USSS) Central Florida Cyber Fraud Task Force (CFTF) began an investigation into various third-party payment systems after receiving complaints in regards to Small Business Administration's (SBA) Paycheck Protection Program Loan (PPP) and Economic Injury Disaster Loan (EIDL) fraud.

6.      Reports of individuals submitting fraudulent PPP and EIDL loan applications through the online SBA website utilizing fabricated employment information and/or documentation, or stolen individual and corporate personally identifiable information, were submitted to the USSS by various payment systems.

7.      The application directed the funds to numerous "money mule" accounts across the United States. The investigation revealed the conspirators utilized numerous

third-party payment systems in an attempt to conceal and move their criminal proceeds. One such payment system is PayPal Holdings, Inc. (PPH), commonly known as PayPal.

8.      PPH identified numerous accounts, including the account defendant $52,400.00 was seized from, that had obtained SBA EIDL funds fraudulently based on the following fraud indicators present in the accounts: (1) Newly created accounts with abnormal transaction activity (little to no prior financial transactions) or existing accounts with no activity in past 24 months prior to SBA deposit; (2) Large SBA loan amounts or deposits with minimal or no other sources of deposits; (3) Inability to positively identify account holders (synthetic or unauthorized accounts); (4) No customer inquiries after funds were frozen; (5) No proper identification supplied after a customer inquiry after funds were frozen; (6) Mismatch of account holder name and SBA EIDL beneficiary name and/or business name on PPH account; (7) Customer inability to prove existence of, or relation to, their stated business; (8) Common indicators of fraudulently created account, to include: gibberish email address, freemail domains, web hosting IP addresses, and VOIP phone numbers; (9) PPH account logins origin from IP address geolocations inconsistent with addressed registered on PPH account; (10) Submission of apparent fraudulent documents to open account; (11) Financial transactions are inconsistent with the business to which the account is purportedly associated to; (12) Business name registered PPH account exactly matches the account holder's name (account holder names and business entity names typically differ); (13) Customer's explanation of their business did not match the information available via public records search; and (14) PPH account receiving SBA EIDL benefits was a personal account rather than a business account.

## CARES ACT

9.      On March 27, 2020, the President signed into law the Coronavirus Aid, Relief, and Economic Security (CARES) Act, through the SBA which provided emergency assistance to small business owners, including agricultural businesses, and nonprofit organization in all the U.S. states affected by the Coronavirus (COVID-19) pandemic. The two sources of funding for small businesses were the Paycheck Protection Program (PPP) and the Economic Injury Disaster Loans (EIDL).

10.     The SBA EIDL program provided small businesses with working capital for fixed debts, payroll, accounts payable, and other bills resulting from the pandemic. Individuals could apply via SBA's online website for both the EIDL advances and loans. THE EIDL advance did not require any business documentation and could be approved within 1-3 days. The EIDL loans required minimal documentation and information from small businesses to process the loan for approval.

11.     Individuals applying for an EIDL loan would file applications online, via the website and servers belonging to an SBA contractor located in Des Moines, Iowa, in an attempt to obtain SBA EIDL funds. As part of the application process, unknown conspirators designated a financial institution's routing number and account number to direct the stolen funds, one such financial institution being PPH.

12.     Once the SBA EIDL applications were approved, the Small Business Administration's Denver Finance Center[1] with servers located in Denver, Colorado, created payment files and authorized payments of the EIDL funds based on those applications.  This payment file was then transmitted via wire to the financial accounts

---

[1] Denver Finance Center, OCFO, SBA, 721 19th Street, Suite 373, Denver, CO 80202.

designated by the perpetrators. PPH is headquartered in San Jose, California, where its servers are also located.

## Defendant $52,400.00 seized from PayPal Account Number 1546113172018429148

13. On August 2, 2020, an individual using the name Samuel Billups applied for an SBA Economic Injury Disaster Loan.

14. On the application, Mr. Billups was identified as operating a sole-proprietorship business that started in 2008 and was engaged in the business of "retail/jewelry." On the application, Mr. Billups claimed 100% ownership, with 14 employees, and gross revenues of $200,000.00 for the 12 months prior to the pandemic.

15. The SBA loan application also identified the address of 356 S. Cedar Street, Mobile, AL, and a phone number of 251-433-9440, as those associated with Mr. Billups and his business.

16. The application also included a social security number for Mr. Billups, ending in 2684. Public records indicate that the individual with this social security number, Samuel Billups Jr., passed away in February 2020.

17. The Billups' SBA EIDL application was approved, and on August 9, 2020, funds in the amount of $67,500.00 were distributed to PayPal Account No. 1546113172018429148 (PayPal Account #9148), which was the account provided with the SBA application.

18. PayPal Account #9148 is in the name of Rayven Graham, and is associated with Wells Fargo bank account #2705, which is also a personal account in the name of Rayven Graham.

19. On February 22, 2021, a claim form was received by an individual identifying themselves as Rayven Graham, 249 Linwood Ave., Buffalo, NY, 703-398-9969. In his claim, Mr. Graham asserted he had received a loan, which was deposited into his PayPal account

20. On March 10, 2021, Special Agent Watson contacted an individual identifying themselves as Rayven Graham on the phone. Mr. Graham stated that he had a T-shirt company called Krudo Worldwide, which he started in 2018.

21. Mr. Graham stated to SA Watson that all sales were in cash and that he had not filed taxes because he had not made any money.

22. There are no business entities in the name of Krudo Worldwide or registered to Rayven Graham on the New York State Secretary of State website (www.dos.ny.gov).

23. Further investigation also showed a business associated Samuel Billups under the name Katrina's Tax Service LLC (prepare tax returns/notary service) on the Alabama Secretary of State website (www.sos.alabama.gov).

## CONCLUSION

24. In summary, there is reasonable cause to believe that defendant $52,400.00 constitutes or is derived from proceeds traceable to violations of 18 U.S.C. § 641 (theft of government funds), and wire fraud provisions of 18 U.S.C. § 1343 et seq. Therefore, defendant $52,400.00 is subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 984.

## VERIFICATION OF ROY D. DOTSON, JR., ACTING SPECIAL AGENT IN CHARGE, UNITED STATES SECRET SERVICE

I, Special Agent Roy D. Dotson, Jr., hereby state and aver under the pains and perjury that I have read the foregoing Factual Basis for Forfeiture and that the facts and information contained therein are true.

Roy D. Dotson, Jr.
Acting Special Agent In Charge
United States Secret Service

### FIRST CLAIM FOR RELIEF

1. The Plaintiff repeats and incorporates by reference the paragraphs above.

2. By the foregoing and other acts, defendant $52,400.00 seized from PayPal Account Number 1546113172018429148 constitutes or is derived from proceeds traceable to violations of 18 U.S.C. § 641. Therefore, defendant $52,400.00 is forfeitable to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 984.

### SECOND CLAIM FOR RELIEF

3. The Plaintiff repeats and incorporates by reference the paragraphs above.

4. By the foregoing and other acts, defendant $52,400.00 seized from PayPal Account Number 1546113172018429148 constitutes or is derived from proceeds traceable to violations of wire fraud, 18 U.S.C. § 1343. Therefore, defendant $52,400.00 is forfeitable to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 984.

WHEREFORE, the United States prays for entry of a final order of forfeiture for the defendant property in favor of the United States, that the United States be

authorized to dispose of the defendant property in accordance with law, and that the Court enter a finding of probable cause for the seizure of the defendant property and issue a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED, this 13th day of May, 2021.

    Respectfully submitted,

    MATTHEW T. KIRSCH
    Acting United States Attorney

By: *s/Tonya Andrews*
    Tonya S. Andrews
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: 303-454-0100
    Fax: 303-454-0405
    Email: tonya.andrews@usdoj.gov